380-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
EMARAT MARITIME LLC
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



'08 CIV 6520

------------------------------------------------------------------x
EMARAT MARITIME LLC,

                       Plaintiff,

      -against -

SHANDONG YANTAI MARINE SHIPPING, a/k/a
SHANDONG PROVINCE YANTAI INTERNATIONAL
MARINE SHIPPING CO., a/k/a SHANDONG YANTAI
INTERNATIONAL MARINE SHIPPING CO.,

                       Defendant.
------------------------------------------------------------------x

08 CV

**RULE 7.1 STATEMENT**

     The Plaintiff, EMARAT MARITIME LLC, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       July 22, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              EMARAT MARITIME LLC

              By:     _____
                         Michael E. Unger (MU 0045)
                         80 Pine Street
                         New York, NY 10005
                         Telephone: (212) 425-1900
                         Facsimile: (212) 425-1901

NYDOCS1/309105.1